**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**HELEN L. RUSHING**                                                                                         **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO.3:05-cv-00346-WHB-JCS**

**HARBOR HOUSES OF JACKSON, INC.**                                                                **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the motion, *ore tenus*, of the parties for the entry of an order of dismissal of this lawsuit with prejudice. The court, having considered said motion, finds that the parties have reached a compromise and settlement of this cause, so that there remain no issues to be tried or determined by this court. The court being otherwise fully advised in the premises, is of the opinion, and so finds, that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint herein be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorneys' fees; provided, however, that the court retains jurisdiction to enforce the "Settlement Agreement and Full and Final General Release" to be entered into by the parties.

SO ORDERED AND ADJUDGED, this the 25th day of May, 2006.

                                                                    s/William H. Barbour, Jr.
                                                                    UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

s/Louis H. Watson, Jr.                                s/Timothy M. Threadgill
Louis H. Watson, Jr.                                  Timothy M. Threadgill
MBN 9053                                              MBN 8886
ATTORNEY FOR PLAINTIFF                                ATTORNEY FOR DEFENDANT